to the District Court of the United States for the Eastern District of Pennsylvania denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Lemuel B. Schofield* for petitioner. *Mr. Maurice Bower Saul* for respondents.

No. 637. ABRAMS *v.* LEHIGH VALLEY RAILROAD CO. ET AL. February 3, 1941. Petition for writ of certiorari to the District Court of the United States for the Eastern District of Pennsylvania denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Meyer Abrams, pro se. Mr. Maurice Bower Saul* for respondents.

No. 657. BRENNAN *v.* BALTIMORE & OHIO RAILROAD CO. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE BLACK is of the opinion that the petition for certiorari should be granted. *Mr. William Paul Allen* for petitioner. *Mr. Harold R. Oakes* for respondent.

No. 633. PECORARO ET AL. *v.* UNITED STATES. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioners. *Solicitor General Biddle* and *Messrs. Wendell Berge, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 639. STERN ET AL., COMMITTEE OF WAGE EARNERS OF DEBTOR, *v.* PENNSYLVANIA CENTRAL BREWING CO., BANKRUPT. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third